UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL L. BREEDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:08-CV-322 |
| | ) (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's objections to the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton [Doc. 19] are hereby **OVERRULED**. The Report and Recommendation [Doc. 18] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, that plaintiff's motion for judgment on the pleadings [Doc. 11] is **DENIED**; defendant Commissioner's motion for summary judgment [Doc. 15] is **GRANTED**; and defendant Commissioner's decision in this case denying

plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act is **AFFIRMED**.  This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

s/ *Patricia L. McNutt*
CLERK OF COURT